# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PYUNG HWA RYOO, | ) | Case No. CV 12-6440 AG (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| C. GIPSON, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 31, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE